In the Matter of the Claim of HELENA MEYER, Respondent, *v.* MORRIS & COMPANY et al., Appellants.

*Matter of Meyer v. Morris & Co.*, 173 App. Div. 990, affirmed.
(Argued November 27, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1916, which affirmed an award of the state industrial commission, under the Workmen's Compensation Act, to the widow of Christopher O. Meyer who was employed as a cutter and meat lugger by the defendant Morris & Company, a corporation engaged in the business of meat packing. At the time of the injury, deceased was assisting in unloading beef from a car which was on a float adjoining a station; his foot slipped and he fell over backwards, striking on his head on the edge of the float and fell into the water. By reason of this injury he died.

*John N. Carlisle* and *Alfred W. Andrews* for appellants.

*Egburt E. Woodbury*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.